**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1736

JANE DOE,

Plaintiff - Appellant,

v.

JAMES T. DEWEES, Sheriff of Carroll County; BEN CRAFT, Deputy Sheriff; DOUGLAS KRIETE, Deputy Sheriff; DAREN METZLER, Deputy Sheriff; MEGAN DICKERSON, Administrative Commissioner; MICHELE MINER, Court Commissioner; MARY C. REESE, District Court Judge; MARY K. SMITH, District Court Administrative Clerk; KATHRYN GLENN, District Court Clerk; C. HAINES, District Court Clerk; ADAM G. WELLS, Assistant State's Attorney for Carroll County; GEORGE HARDINGER, Warden of Carroll County Detention Center (CCDC); AMANDA BLIZZARD, Correctional Officer; C.S. WENDELL HIGHSMITH, JR., Correctional Officer; CHESTER L. ARNOTT, Correctional Officer; CHEYENNE LEE, Correctional Officer; CRAIG KOERNER, Correctional Officer; DENNIS HARMON, Correctional Officer; GARTH MAYS, Correctional Officer; JOHN BOWEN, III, Correctional Officer; KENNETH CHESGREEN, Correctional Officer; KRISTY CERNY, Correctional Officer; KRISTY NAILL, Correctional Officer; MICHAEL ANDREWS, Correctional Officer; MICHAEL GREEN, Correctional Officer; MICHAEL L. MCCREA; JERSILD, Correctional Officer; PAULA HYDE, Correctional Officer; ROBIN L. SHORB, Correctional Officer; TONY L. MUMMERT, Correctional Officer; TRACY LILLEHAUG, Correctional Officer; JUDY WARNER, Correctional Officer; BRITNIE BOSCHERT, Employee of CCDC; JOYCE SCHAUM, Contractor with CONMED; CONMED HEALTHCARE MANAGEMENT; SIX UNIDENTIFIED CORRECTIONAL OFFICERS; UNIDENTIFIED CONTRACTOR, CONMED; JOANN ELLINGHAUS-JONES; NADIA MEDEVICH, Correctional Officer; BRIAN DELEONARDO, State's Attorney for Carroll County; MICHAEL E. BOYD; TERESA L. BOSLEY, Correctional Officer; FIVE UNIDENTIFIED DISTRICT COURT CLERKS; JOSHUA BOSCHERT, Correctional Officer; BRENDA S. STOREY, District Court Clerk; CATHY A. HAINES, District Court Clerk; E. M. ARNOLD, District Court Clerk; FRANCES A. BYAN, District Court Clerk; REBECCA L. ELLIGSON, District Court Clerk; JOHN F. GLORIOSO,

District Court Clerk; TRACEY L. LEISTER, District Court Clerk; JENNIFER A. LEVEE, District Court Clerk; NELLIE M. LONG, District Court Clerk; FRANCES M. NOEL; CYNTHIA M. SIZEMORE, District Court Clerk; JOHNNA L. STEED, District Court Clerk; JAMES CERNY, Correctional Officer; LONNIE J. JERSILD, Correctional Officer; WESLEY L. DAVIS, Correctional Officer; ASHLEY MORRELL, Correctional Officer; A. PARKS, Correctional Officer; ROBERT E. SMITH, Correctional Officer; ROCHELLE HERMAN, contractor with CONMED; WADE BOLNER; CATHERINE PILO,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:18-cv-02014-TDC)

_____

Submitted:  December 22, 2020                          Decided:  December 28, 2020

_____

Before NIEMEYER, FLOYD, and RICHARDSON, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jane Doe, Appellant Pro Se.  Jason L. Levine, LOCAL GOVERNMENT INSURANCE TRUST, Hanover, Maryland; Alexandra Renee Hilton, Megan Trocki Mantzavinos, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jane Doe seeks to appeal the district court's orders dismissing some, but not all, of the Defendants and claims in Doe's civil rights action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Doe seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*